```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    TEXARKANA DIVISION
```

MICHAEL TODD                                            PLAINTIFF

v.                      Case No. 4:10-CV-04167

LOUISE PHILLIPS, jail administrator;
LT. MICHAEL GRAY; and SHERIFF JERRY
CRANE                                                   DEFENDANTS

## O R D E R

On this 3rd day of May 2011, there comes on for consideration the Report and Recommendation (Doc. 14) filed in this case on April 7, 2011, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, separate defendant Jerry Crane's Motion to Dismiss (Doc. 8) is **GRANTED**. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED this 3rd day of May 2011.

*/s/ Paul K. Holmes, III*
**Paul K. Holmes, III**
**United States District Judge**