IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MICHAEL TODD                                                                                                    PLAINTIFF

v.                                       Civil No.: 4:10-cv-4167

LOUISE PHILLIPS *et al.*                                                                                  DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff, an inmate at the East Arkansas Regional Unit of the Arkansas Department of Correction in Brickeys, Arkansas, has filed a Motion to Proceed *in forma pauperis* ("IFP") on Appeal. ECF No. 17. The undersigned previously issued a Report and Recommendation, ECF No. 14, recommending that this matter be dismissed upon motion of Defendant Crane, as it is barred by the statute of limitations.

The Report and Recommendation of the undersigned was adopted *in toto* and without objection on May 3, 2011, by the district judge. ECF No. 15. On May 19, 2011, Plaintiff filed a Notice of Appeal, ECF No. 16, and on that same date filed Motion for Leave to Appeal *in forma pauperis*. ECF No. 17.

Pursuant to 28 U.S.C. § 1915(a)(3) "[a]n appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." As all claims in Plaintiff's Complaint were clearly barred by the statute of limitation for such actions, any appeal of the dismissal of that Complaint would not be taken in good faith. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). Moreover, the Court notes the basis of Plaintiff's Notice of Appeal is related to his grievances not being answered by the Defendants and exhaustion of his administrative remedies – neither of which were grounds for the dismissal of this matter.

Accordingly, it is the recommendation of the undersigned that Plaintiff's Motion to Proceed IFP on Appeal, ECF No. 17, be **DENIED**. Plaintiff may, of course, renew his Motion to Proceed IFP on Appeal with the Court of Appeals for the Eighth Circuit, in the event this Report and Recommendation is adopted by the district court judge. FED. R. APP. P. 24(a)(5).

It further recommended that the Clerk of Court shall provide the Court of Appeals with a copy of any Order adopting this Report and Recommendation. FED. R. APP. P. 24(a)(4)(A), (B).

**The parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger** *de novo* **review by the district court.**

**DATED this 16th day of June 2011.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE