IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MICHAEL TODD                                                                                               PLAINTIFF

v.                                           Case No. 4:10-CV-04167

LOUISE PHILLIPS *et al.*                                                                           DEFENDANTS

**O R D E R**

On this 2nd day of September 2011, there comes on for consideration the Report and Recommendations (Doc. 19) filed in this case on June 16, 2011, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. More than fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendations, Planitiff's Motion for Leave to Appeal *in forma pauperis* (Doc. 17) is **DENIED**. The Clerk of Court is directed to provide the Court of Appeals with a copy of this Order.

IT IS SO ORDERED this 2nd day of September 2011.

/s/ P. K. Holmes, III
P.K. HOLMES, III
UNITED STATES DISTRICT JUDGE